UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Kim L Japuntich

    Debtor(s)

Case No. 12-47874

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/05/2012.

2) The plan was confirmed on 02/01/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/21/2013.

5) The case was dismissed on 12/13/2013.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,470.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,470.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $499.37 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $57.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $556.70

Attorney fees paid and disclosed by debtor: $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLSTATE INSURANCE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 0.00 | 8,576.62 | 8,576.62 | 0.00 | 0.00 |
| AMERIPATH | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 585.69 | 585.69 | 0.00 | 0.00 |
| C ROBINSON MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 692.00 | 675.36 | 675.36 | 0.00 | 0.00 |
| CARMEL PEDIATRICS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CARMEL WOODS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ZION | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 100.00 | 37.70 | 37.70 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| DON NEWMAN DDS | Unsecured | 1,386.00 | NA | NA | 0.00 | 0.00 |
| DUKE ENERGY | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| EBI LP | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| FAIRWAY FINANCIAL SERVICES | Secured | 5,100.00 | 4,909.46 | 4,909.46 | 765.83 | 147.47 |
| FFCC COLUMBUS INC | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTION COMPANY | Unsecured | 9,941.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTION COMPANY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| HEARTLAND NEUROLOGY ASSOC | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| HERFF JONES | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| I KAZMI MD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS BELL TELEPHONE COMPANY | Unsecured | 262.00 | 969.06 | 969.06 | 0.00 | 0.00 |
| IMC CREDIT SERVICES WESTBURY | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| IMC CREDIT SERVICES WESTBURY | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| INDIANA GASTRO | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| INDIANA PHYSIC MGMT | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| INDIANA SPINE GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| IRELAND HIP & KNEE | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| J ARBUCKLE MD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 389.00 | 389.94 | 389.94 | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| LSG | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| MACL | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| MED-1 SOLUTIONS | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| MEDSHIELD | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| MEDSHIELD | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| METLIFE | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA CLINICAL LABS | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN REGIONAL MEDICAL | Unsecured | 171.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| NAGAN ET AL | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NORTHSIDE ANESTH SERVICES | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY ASSOC | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NWP SERVICES | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| NWR | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| OB & GYN OF INDIANA | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE COMPANY LLC | Unsecured | 2,145.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| S DAVID MD | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT ER PHYS | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT MED GRP | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT PHYS SERV | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT WILLIAMSPORT HOSPIT | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 100.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| WAUKEGAN CLINIC CORPORATION | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,909.46 | $765.83 | $147.47 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,909.46** | **$765.83** | **$147.47** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,634.37** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $556.70 |
| Disbursements to Creditors | $913.30 |
| **TOTAL DISBURSEMENTS:** | **$1,470.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2014                    By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**